## *ORDER*

**PER CURIAM.**

The Order of the Commonwealth Court is affirmed.

874 A.2d 1158

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**William R. EDWARDS, Appellee.**

**Commonwealth of Pennsylvania, Appellant,**

**v.**

**Brandt Wayne Cook, Appellee.**

Supreme Court of Pennsylvania.

Argued May 18, 2005.

Decided June 8, 2005.

William R. Pouss, Esq., Harrisburg, for Commonwealth of Pennsylvania.

Stuart Lee Hall, Esq., Lock Haven, for William R. Edwards, Brandt Wayne Cook.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## *ORDER*

**PER CURIAM.**

The appeals are quashed for lack of jurisdiction. *Commonwealth v. Haines,* 410 Pa. 601, 190 A.2d 118 (1963).